# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Sheila Wonderful Foster | **Case No :** | **15–27814 – B – 13J** |
| | | **Date :** | **01/06/2016** |
| | | **Time :** | **10:00** |

**Matter :**  [43] – Motion for Relief from Automatic Stay [MET–2] Filed by Creditors Medallion Silver LLC, Geoffrey H. Saft, Brenda S. Voelker (Fee Paid $176) (eFilingID: 5686934) (kvas)
[43] – Motion/Application for Adequate Protection [MET–2] Filed by Creditors Medallion Silver LLC, Geoffrey H. Saft, Brenda S. Voelker (kvas)

| | | | |
|---|---|---|---|
| **Judge :** | Christopher D. Jaime | **Courtroom Deputy :** | Danielle Mobley |
| **Department :** | B | **Reporter :** | Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
(by phone)  Creditor's Attorney – Mary Tang
**Respondent(s) :**
(by phone)  Debtor(s) Attorney – Mary Ellen Terranella
Kristen Koo (for the Trustee)

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated orally on the record at the hearing.

The Motion for Relief From the Automatic Stay filed by Geoffrey Saft, Brenda Voelker, and Medallion Silver, LLC having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the automatic stay provisions of 11 U.S.C. 362(a) are immediately vacated to allow Geoffrey Saft, Brenda Voelker, and Medallion Silver, LLC, its agents, representatives and successors, and all other creditors having lien rights against the Property, to conduct a nonjudicial foreclosure sale pursuant to applicable nonbankruptcy law and their contractual rights, and for any purchaser, or successor to a purchaser, at the nonjudicial foreclosure sale to obtain possession of the real property commonly known as 621 Daniels Avenue,

IT IS FURTHER ORDERED that the 14–day stay of enforcement provided in Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure, is not waived.

No other or additional relief is granted.

**Dated:** January 08, 2016

Christopher D. Jaime, Judge
United States Bankruptcy Court